06-CV-00980-CNST

FILED ENTERED
LODGED RECEIVED

IG 1 4 2007

AT SEATTLE
U.S. DISTRICT COURT
ISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD D. BLAND, JR.,

    Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

    Defendants.

CASE NO. C06-0980-TSZ

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended civil rights complaint, defendants' motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. No. 20) is GRANTED to the extent it seeks dismissal of plaintiff's amended complaint based upon plaintiff's failure to exhaust his administrative remedies..

(3)    Plaintiff's amended complaint, and this action, are DISMISSED without prejudice.

(4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

01  defendants, and to the Honorable Mary Alice Theiler.

02  DATED this 13th day of August, 2007.

03
04  _____
    THOMAS S. ZILLY
    United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -2